UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA M. PATTERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF VACAVILLE, et al.,<br><br>    Defendants. | No. 2:19-cv-0521 JAM DB PS<br><br>ORDER |

    Plaintiff Lisa Patterson is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On May 14, 2019, defendant City of Vacaville filed a motion to dismiss and noticed the motion for hearing before the undersigned pursuant to Local Rule 302(c)(1) on June 14, 2019. (ECF No. 29.) Plaintiff failed to file a timely opposition or statement of non-opposition in violation of Local Rule 230(c).

    However, on June 3, 2019, plaintiff filed a request to reschedule the June 14, 2019 hearing and for a 10-day extension of time to file objections to defendant's motion to dismiss. (ECF No. 33.) Therein, plaintiff explains that on May 31, 2019, the laptop containing plaintiff's draft opposition to defendant's motion was stolen. (Id. at 2.) Good cause appearing, plaintiff's request will be granted.

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's June 3, 2019 motion for an extension of time (ECF No. 33) is granted;

2. The June 14, 2019 hearing of defendant's motion to dismiss is continued to **Friday, July 12, 2019, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned;

3. On or before **June 28, 2019**, plaintiff shall file an opposition or statement of non-opposition to defendant's motion[1]; and

4. Plaintiff is cautioned that the failure to timely comply with this order may result in the recommendation that this case be dismissed.

DATED: June 6, 2019  /s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\patterson0521.eot.ord

---

[1] Alternatively, if plaintiff no longer wishes to pursue this civil action, plaintiff may comply with this order by filing a request for voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.