UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA M. PATTERSON, | No. 2:19-cv-0521 JAM DB PS |
| Plaintiff, | |
| v. | ORDER |
| CITY OF VACAVILLE, et al., | |
| Defendants. | |

Plaintiff Lisa Patterson is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On August 31, 2020, the undersigned issued findings and recommendations recommending that defendant's motion to dismiss be granted and that plaintiff's second amended complaint be dismissed without further leave to amend. (ECF No. 61.) Plaintiff was given thirty days to file any objections. On September 22, 2020, plaintiff filed a motion seeking a thirty-day extension of time to file objections due to a delay in receiving the August 31, 2020 findings and recommendations. (ECF No. 62.) Good cause appearing, plaintiff's request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's September 22, 2020 motion for a thirty-day extension of time (ECF No. 62) is granted; and

////

1

2. Plaintiff shall file any objections to the August 31, 2020 findings and recommendations within thirty days of the date of this order.

Dated:  September 29, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\patterson0521.eot2.ord

2