UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA M. PATTERSON, | No. 2:19-cv-0521 JAM DB PS |
| Plaintiff, | |
| v. | ORDER |
| CITY OF VACAVILLE, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On August 31, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations. The thirty-day period has expired and plaintiff has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 31, 2020 (ECF No. 61) are adopted in full;

2. The individual defendants' January 28, 2020 motion to dismiss (ECF No. 45) is granted;

3. The individual defendants are dismissed without prejudice;

4. Plaintiff's February 3, 2020 motion to strike (ECF No. 50) is denied;

5. Defendant City of Vacaville's February 6, 2020 motion to dismiss (ECF No. 51) is granted;

6. Plaintiff's February 19, 2020 motion for further leave to amend (ECF No. 54) is denied;

7. Plaintiff's February 24, 2020 motion for leave to re-file (ECF No. 57) is denied;

8. The third amended complaint is dismissed without further leave to amend; and

9. This action is closed.

DATED: December 8, 2020                      /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT JUDGE