UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA M. PATTERSON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF VACAVILLE, et al.,<br><br>Defendants. | No. 2:19-cv-0521 JAM DB PS<br><br><br><br>ORDER |

Plaintiff Lisa Patterson is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On August 31, 2020, the undersigned issued findings and recommendations recommending that plaintiff's third amended complaint be dismissed without further leave to amend and this action be closed. (ECF No. 61.) On December 9, 2020, the assigned District Judge adopted those findings and recommendations in full. (ECF No. 68.) On December 28, 2020, plaintiff filed a motion for reconsideration of the December 9, 2020 order. (ECF No. 70.)

However, on February 1, 2021, plaintiff's copy of the December 9, 2020 order was returned as undeliverable. On April 9, 2021, plaintiff filed a motion for change of address. (ECF No. 71.) Plaintiff's motion seeks to file a "blacked out" change of address to withhold plaintiff's new address "from all DEFENDANTS." (Id. at 2.) However, Local Rule 183 (b) requires that a plaintiff "keep . . . opposing parties advised as to his or her current address."

1

Plaintiff's motion asserts to be "excising (sic) her right to have her personal information withheld" pursuant to "18 U.S.C. § 3771." (Id.) 18 U.S.C. § 3771, however, applies to court proceedings "involving an offense against a crime victim[.]" 18 U.S.C. § 3771(b)(1). A crime victim is defined as "a person directly and proximately harmed as a result of the commission of a Federal offense or an offense in the District of Columbia." 18 U.S.C. § 3771(e)(2)(A). This action is a civil action and plaintiff has presented no evidence establishing that plaintiff was harmed as a result of the commission of a Federal offense.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's April 9, 2021 motion for change of address (ECF No. 71) is denied;

2. The Clerk of the Court shall serve a copy of this order, as well as ECF Nos. 61, 68, and 69, on plaintiff's current address of record and on the address plaintiff provided in the April 9, 2021 motion; and

3. Plaintiff is cautioned that it is plaintiff's responsibility to keep the court apprised of plaintiff's current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

Dated: April 30, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/patterson0521.coa.den.ord

2